## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROZELLA WALTERS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-3230** |
| **ALLSTATE INSURANCE COMPANY** | **SECTION: D (4)** |

## <u>ORDER OF CONDITIONAL DISMISSAL</u>

The Court has been advised by the parties, in an email sent to the Court on June 26, 2024, that the parties in this matter have settled all of their claims and have agreed to amicably resolve this dispute.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without costs and without prejudice to the right, upon good cause shown, to reopen the action if settlement is not consummated within a reasonable time. The Court retains jurisdiction to enforce the compromise agreed upon by the parties.

New Orleans, Louisiana, June 27, 2024.

**WENDY B. VITTER**
**United States District Judge**